IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
Southern Division



### ORDER TO REASSIGN

IN ORDER TO equitably manage and distribute the caseload of the court in light of the retirement of Chief Magistrate Judge John M. Roper, by agreement of the judges, and pursuant to the authority of the court as set forth in Internal Rule 1 as amended effective August 1, 2014, the court finds that each of the cases listed on the attached Exhibit "A" should be and they are hereby reassigned from Chief Magistrate Judge Roper to Magistrate Judge John C. Gargiulo.

**Any matters which have been scheduled in these cases before Chief Magistrate Judge Roper will be rescheduled and noticed by Magistrate Judge Gargiulo.**

SO ORDERED AND ADJUDGED this the 5th day of August, 2014.

s/ Louis Guirola, Jr.
LOUIS GUIROLA, JR.
CHIEF U. S. DISTRICT JUDGE

| Case | Def. Name | Def. # |
|---|---|---|
| 1:05-cr-00079-WJG-JMR | Morin | 1 |
| 1:05-cr-00081-WJG-JMR | Le | 5 |
| 1:09-cr-00039-LG-JMR | Chacon-Posada | 1 |
| 1:12-cr-00068-HSO-JMR *SEALED* | Defendant #1 | 1 |
| 1:13-cr-00059-LG-JMR *SEALED* | Defendant #1 | 1 |
| 1:13-cr-00061-HSO-JMR | Terrazas | 1 |
| 1:13-cr-00082-HSO-JMR | Pickett | 1 |
| 1:13-cr-00093-LG-JMR | Myers | 1 |
| 1:13-cr-00096-LG-JMR | Resendez | 1 |
| 1:13-cr-00096-LG-JMR | Wilkes | 2 |
| 1:13-cr-00097-HSO-JMR | Lett | 1 |
| 1:13-cr-00097-HSO-JMR | Lett | 2 |
| 1:13-cr-00097-HSO-JMR | Posey | 3 |
| 1:13-cr-00100-HSO-JMR | Villegas-Jaimes | 1 |
| 1:13-cr-00100-HSO-JMR | Casillas | 2 |
| 1:14-cr-00001-LG-JMR | Marshall | 1 |
| 1:14-cr-00001-LG-JMR | Kiel | 2 |
| 1:14-cr-00001-LG-JMR | Moore | 3 |
| 1:14-cr-00003-HSO-JMR | Jackson | 1 |
| 1:14-cr-00005-HSO-JMR | Jackson | 1 |
| 1:14-cr-00005-HSO-JMR | Sanford | 2 |
| 1:14-cr-00009-HSO-JMR | Sinha | 1 |
| 1:14-cr-00009-HSO-JMR | Locke | 2 |
| 1:14-cr-00009-HSO-JMR | Thornton | 3 |
| 1:14-cr-00009-HSO-JMR | Mattina | 4 |
| 1:14-cr-00017-LG-JMR | Daniels | 1 |
| 1:14-cr-00023-HSO-JMR | Batista | 1 |
| 1:14-cr-00029-HSO-JMR | Davison | 1 |
| 1:14-cr-00031-HSO-JMR *SEALED* | Defendant #1 | 1 |
| 1:14-cr-00033-HSO-JMR | Ayelotan | 1 |
| 1:14-cr-00033-HSO-JMR | Kiriji | 2 |
| 1:14-cr-00033-HSO-JMR | Raheem | 3 |
| 1:14-cr-00033-HSO-JMR | Ladden | 4 |
| 1:14-cr-00033-HSO-JMR | Adefila | 5 |
| 1:14-cr-00033-HSO-JMR | Hlungwane | 6 |
| 1:14-cr-00033-HSO-JMR | Odebunmi | 7 |
| 1:14-cr-00033-HSO-JMR | Farfan | 8 |
| 1:14-cr-00033-HSO-JMR | Adeniran | 9 |
| 1:14-cr-00033-HSO-JMR | Villeneuve | 10 |
| 1:14-cr-00033-HSO-JMR | Shonekan | 11 |
| 1:14-cr-00033-HSO-JMR | Oyelade | 12 |
| 1:14-cr-00033-HSO-JMR | Lawani | 13 |
| 1:14-cr-00033-HSO-JMR | Farin | 14 |
| 1:14-cr-00033-HSO-JMR | Omoraka | 15 |
| 1:14-cr-00033-HSO-JMR | Mewase | 16 |
| 1:14-cr-00033-HSO-JMR | Adegbemigun | 17 |

Exhibit A

| Case | Def. Name | Def. # |
|---|---|---|
| 1:14-cr-00033-HSO-JMR | Ogunlade | 18 |
| 1:14-cr-00035-HSO-JMR | Boyles | 1 |
| 1:14-cr-00035-HSO-JMR | Boyles | 2 |
| 1:14-cr-00041-HSO-JMR | Noble | 1 |
| 1:14-cr-00043-LG-JMR | Moore | 1 |
| 1:14-cr-00045-HSO-JMR | Boone | 1 |
| 1:14-cr-00049-HSO-JMR | Harvey-Irvin | 1 |
| 1:14-cr-00049-HSO-JMR | Walton | 2 |