SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY -2 2017
BY ARTHUR JOHNSTON ____DEPU

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: Jackson

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT X____ DOCKET # 1:12cr68HSO-JC(
SAME DEFENDANT X____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES X NO

MATTER TO BE SEALED: ____ YES X NO

NAME/ALIAS: PAULA VILLALVA-PATRICIO

**U.S. ATTORNEY INFORMATION:**

AUSA Annette Williams  BAR # 9641

INTERPRETER: ____ NO X YES LIST LANGUAGE AND/OR DIALECT: Spanish

**LOCATION STATUS:** ARREST DATE 1/9/17

X ALREADY IN FEDERAL CUSTODY AS OF 1/9/17
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 3 ____ PETTY ____ MISDEMEANOR 3 FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:371.F | 18 USC § 371 | Conspiracy to Commit Offenses Against the United States | 1 |
| Set 2  18:554.F | 18 USC § 554 | Smuggling Goods From U.S. to Location Outside U.S. | 2,3 |
| Set 3  18:922A.F | 18 USC § 922(a)(5) | Transportation of Firearms to Person who Transferor knows does not reside in the State | 4 |
| Set 4 | | | |
| Set 5 | | | |

Date: 5/2/17   SIGNATURE OF AUSA: Kathy U Bish

(Revised 2/26/10)