UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NUMBER: 1:12-cr-00068-HSO-JCG

PAULA VILLALVA-PATRICIO

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Sponsor | Identification Date | Evidence Date |
|---|---|---|---|---|
| G-1.000 | Video of traffic stop conducted by Deputy Palmer on 8/31/2011 | Demonstrative Aid Only | | |
| G-2.000 | Beretta 92 SS Centurion recovered from vehicle on 8/31/2011 | Richard Palmer | | 7/17/2017 |
| G-2.01 | Magazine | Richard Palmer | | 7/17/2017 |
| G-2.02 | Magazine | Richard Palmer | | 7/17/2017 |
| G-3.000 | Beretta 92 SS recovered from vehicle on 8/31/2011 | Richard Palmer | | 7/17/2017 |
| G-4.000 | Photographs of items recovered from vehicle on 8/31/2011 (1 through 28) | Richard Palmer | | 7/17/2017 |
| G-5.000 | Video of traffic stop conducted by Deputy Thornton on 11/1/2011 | Darrell Thornton | | 7/17/2017 |

| Exhibit No. | Description | Sponsor | Identification Date | Evidence Date |
|---|---|---|---|---|
| G-6.000 | Photographs of items recovered from vehicle on 11/1/2011 (1 through 77) | Darrell Thornton | | 7/17/2017 |
| G-7.000 | Smith and Wesson pistol recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-8.000 | Bersa Thunder 380 pistol recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-9.000 | Bersa model 83 pistol recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-10.000 | Bersa model 380 Plus pistol recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-11.000 | Bersa Firestorm pistol recovered from vehicle on 11/1/2011 with initals MRT | Brent Druery | | 7/17/2017 |
| G-12.000 | Interarms model AP pistol recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-13.000 | Jennings model J-22 pistol recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-14.000 | Jennings model J-22 pistol recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |

| Exhibit No. | Description | Sponsor | Identification Date | Evidence Date |
|---|---|---|---|---|
| G-15.000 | Ruger model 10/22 rifle recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-16.000 | Ruger model 10/22 rifle recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-17.000 | Marlin model 60 rifle recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-17.01 | Marlin Rifle Stock | Brent Druery | | 7/17/2017 |
| G-18.000 | Marlin model 60 rifle recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-18.01 | Marlin rifle stock | Brent Druery | | 7/17/2017 |
| G-19.000 | Marlin model 60 rifle recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-19.01 | Rifle stock | Brent Druery | | 7/17/2017 |
| G-20.000 | Marlin model 60 rifle recovered from vehicle on 11/1/2011 (with Santos fingerprint) | Brent Druery | | 7/17/2017 |
| G-20.01 | Rifle stock | Brent Druery | | 7/17/2017 |
| G-21.000 | Marlin model 60SB rifle recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-21.01 | Rifle stock | Brent Druery | | 7/17/2017 |
| G-22.000 | Savage rifle recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-22.01 | Rifle stock | Brent Druery | | 7/17/2017 |

| Exhibit No. | Description | Sponsor | Identification Date | Evidence Date |
|---|---|---|---|---|
| G-23.000 | Remington model 552 rifle recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-24.000 | Mossberg 410 shotgun recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-24.01 | Mossberg 410 barrell | Brent Druery | | 7/17/2017 |
| G-25.000 | Mossberg model 88 shotgun recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-25.01 | Mossberg shotgun barrel | Brent Druery | | 7/17/2017 |
| G-26.000 | Delete see 24.01 above | NOT OFFERED | | |
| G-27.000 | Remington model 1100 shotgun recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-27.01 | Remington shotgun barrel | Brent Druery | | 7/17/2017 |
| G-28.000 | Winchester shotgun (no barrel) recovered from vehicle on 11/1/2011 with initials MRT | Brent Druery | | 7/17/2017 |
| G-29.000 | Winchester 12 gauge shotgun (no barrel) recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-30.000 | Delete (matched with barrels) | NOT OFFERED | | |

| Exhibit No. | Description | Sponsor | Identification Date | Evidence Date |
|---|---|---|---|---|
| G-31.000 | 12 gauge barrel recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-31.01 | 12 gauge barrel recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-32.000 | .380 magazines recovered from vehicle on 11/1/2011 ( 9 each ) | Brent Druery | | 7/17/2017 |
| G-33.000 | .22 caliber magazines recovered from vehicle on 11/1/2011 ( 2 each ) One with MRT initials | Brent Druery | | 7/17/2017 |
| G-34.000 | 9mm magazines recovered from vehicle on 11/1/2011 ( 2 each ) | Brent Druery | | 7/17/2017 |
| G-35.000 | .45 caliber magazines recovered from vehicle on 11/1/2011 ( 2 each ) | Brent Druery | | 7/17/2017 |
| G-36.000 | .30 caliber magazines recovered from vehicle on 11/1/2011 ( 1 each ) | Brent Druery | | 7/17/2017 |
| G-37.000 | Bushnell scope recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |
| G-38.000 | BSA scope recovered from vehicle on 11/1/2011 | Brent Druery | | 7/17/2017 |

| Exhibit No. | Description | Sponsor | Identification Date | Evidence Date |
|---|---|---|---|---|
| G-39.000 | .410 shotgun ammunition recovered from vehicle on 11/1/2011 (44 each) | Brent Druery | | 7/17/2017 |
| G-40.000 | 12 gauge shotgun ammunition recovered from vehicle on 11/1/2011 (71 each) | Brent Druery | | 7/17/2017 |
| G-41.000 | .45 caliber ammunition recovered from vehicle on 11/1/2011 (50 each) | Brent Druery | | 7/17/2017 |
| G-42.000 | 9mm ammunition recovered from vehicle on 11/1/2011 (196 each) | Brent Druery | | 7/17/2017 |
| G-43.000 | .454 caliber ammunition recovered from vehicle on 11/1/2011 ( 1 each ) | Brent Druery | | 7/17/2017 |
| G-44.000 | .22 caliber ammunition recovered from vehicle on 11/1/2011 ( 540 each ) | Brent Druery | | 7/17/2017 |
| G-45.000 | Packing material utilized to cover/protect the firearms, firearm components, and ammunition | Brent Druery | | 7/17/2017 |
| G-45.01 | Packing material with latent prints | Brent Druery | | 7/17/2017 |
| G-45.02 | Packing material with latent prints | Brent Druery | | 7/17/2017 |

| Exhibit No. | Description | Sponsor | Identification Date | Evidence Date |
|---|---|---|---|---|
| G-45.03 | Packing material | Brent Druery | | 7/17/2017 |
| G-46.000 | Hand drawn map recovered from vehicle on 11/1/2011 (instructions for traveling form Atlanta, Georgia to Baton Rouge, Louisiana while avoiding Jackson County, Mississippi) | Darrell Thornton | | 7/17/2017 |
| G-47.000 | Photographs of outbound Laredo POE (signs regarding the declarations of currency and firearms) | Ricardo Gaona | | 7/18/2017 |
| G-48.000 | Partial role of wire recovered from vehicle on 3/2/2012 (same wire utilized to secure/conceal firearms to natural voids underneath vehicle) | Brent Druery | | 7/17/2017 |
| G-49.000 | Wire cutters recovered from vehicle on 3/2/2012 | Brent Druery | | 7/17/2017 |
| G-50.000 | Certified copy of vehicle registration from North Carolina DMV | Brent Druery | | 7/18/2017 |

| Exhibit No. | Description | Sponsor | Identification Date | Evidence Date |
|---|---|---|---|---|
| G-51.000 | Trial certificate from Department of State regarding Bersa pistols and Marlin rifles being covered under the U.S. Munitions List | NOT OFFERED | | |
| G-52.000 | Affidavit of Laredo Port Director Sidney Aki regarding a search for declaration forms filled out by Santos Garcia and Molina | NOT OFFERED | | |
| G-53.000 | Known rolled fingerprint card Santos-Garcia | Kenneth Woods | | 7/18/2017 |
| G-54.000 | Latent print impressions | NOT OFFERED | | |
| G-55.000 | Villalva birth certificate | Brent Druery | | 7/18/2017 |
| G-56.000 | Known rolled fingerprint card Javier Molina | Kenneth Woods | | 7/18/2017 |
| G-57.000 | Pictures of Dallas residence | Brent Druery | | 7/18/2017 |
| G-58.000 | Picture of North Carolina residence | NOT OFFERED | | |
| G-59.000 | Javier Molina Plea Agreement and Plea Supplement | NOT OFFERED | | |
| G-60.000 | Javier Molina J&C And Satisfaction | NOT OFFERED | | |
| G-61.000 | Javier Molina revocation documents | NOT OFFERED | | |
| G-62.00 | Tracker Data | Brent Druery | | 7/18/2017 |

| Exhibit No. | Description | Sponsor | Identification Date | Evidence Date |
|---|---|---|---|---|
| G-63.00 Page 35 | Tracker Google Map – Page 35 | Javier Molina | | 7/18/2017 |
| G-63.00 | Tracker Google Map – Pages 1 - 29 and 33 - 34 | Brent Druery | | 7/18/2017 |
| G-64.00 | Villalva status application | NOT OFFERED | | |
| G-65.00 | Border crossing records Villalva | NOT OFFERED | | |
| G-66.00 | Border crossing records Santos-Garcia | NOT OFFERED | | |
| G-67.00 | Border crossing records Molina | NOT OFFERED | | |
| G-68.00 | Winston-Salem news article | NOT OFFERED | | |
| G-69.00 | Villalva warrant NCIC | Brent Druery | | 7/18/2017 |
| G-70.00 | Villalva 11-8-16 CBP Parole Documents | Brent Druery | | 7/18/2017 |
| G-71.00 | Druery 11/01/11 photographs | Brent Druery | | 7/18/2017 |
| G-72.00 | ATFE Certification No License | Kimberley Rowland | | 7/18/2017 |
| G-73.00 | Flaming Tree residence | NOT OFFERED | | |
| G-74.00 | FFL check Santos | Kimberley Rowland | | 7/18/2017 |
| G-75.00 | Winchester 9mm ammunition box with initials MRT | Brent Druery | | 7/17/2017 |
| G-76.00 | PMC 45 caliber ammunition box | Brent Druery | | 7/17/2017 |
| G-77.00 | Winchester 9mm ammunition box | Brent Druery | | 7/17/2017 |
| G-78.00 | Fiocchi shotgun ammunition box | Brent Druery | | 7/17/2017 |

| Exhibit No. | Description | Sponsor | Identification Date | Evidence Date |
|---|---|---|---|---|
| G-79.00 | CCI 22 caliber ammunition box | Brent Druery | | 7/17/2017 |
| G-80.00 | Winchester 22 caliber ammunition box | Brent Druery | | 7/17/2017 |
| G-81.00 | Remington shotgun ammunition box | Brent Druery | | 7/17/2017 |
| G-82.00 | Remington shotgun ammunition box | Brent Druery | | 7/17/2017 |
| G-83.00 | Gun location ID (1) | Brent Druery | | 7/17/2017 |
| G-84.00 | Gun location ID (2) | Brent Druery | | 7/17/2017 |
| G85.00 | Gun location ID (3) | Brent Druery | | 7/17/2017 |
| G-86.00 | Gun location ID (4) | Brent Druery | | 7/17/2017 |
| G-87.00 | Gun location ID (5) | Brent Druery | | 7/17/2017 |
| G-88.00 | Gun location ID Left Frame Rail | Brent Druery | | 7/17/2017 |
| G-89.00 | Gun location ID spare tire | Brent Druery | | 7/17/2017 |
| G-90.00 | Border Crossing Chart | Brent Druery | | 7/18/2017 |
| G-91.00 | Latent Print 1.33.5bw | Kenneth Woods | | 7/18/2017 |
| G-92.00 | Latent Print 1.33.36w | Kenneth Woods | | 7/18/2017 |
| G-93.00 | Latent Print 1.33.8abw | Kenneth Woods | | 7/18/2017 |
| G-94.00 | Latent Print 1.338bbw | Kenneth Woods | | 7/18/2017 |
| G-95.00 | Latent Print 1.33.2bbw | Kenneth Woods | | 7/18/2017 |
| G-96.00 | Latent Print 1.18a | Kenneth Woods | | 7/18/2017 |
| G-97.00 | Latent Print 1.33.8bbw | Kenneth Woods | | 7/18/2017 |

| Exhibit No. | Description | Sponsor | Identification Date | Evidence Date |
|---|---|---|---|---|
| G-98.00 | Latent Print 1.33.2 abw | Kenneth Woods | | 7/18/2017 |
| G-99.00 | Border Crossings by vehicle | NOT OFFERED | | |
| G-100.00 | Google Map Border Crossings | Ricardo Gaona | | 7/18/2017 |
| G-101.00 | CBP Form 4457 | NOT OFFERED | | |
| G-102.00 | Consent to Search | Darrell Thornton | | 7/17/2017 |

**United States Attorney**
**Southern District of Mississippi:**

*[signature]*
ANNETTE WILLIAMS

*[signature]*
KATHLYN VAN BUSKIRK

**Defendant Paula Villalva-Patricio:**

*[signature]*
MELVIN COOPER