IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:12-cr-68-HSO-JCG

PAULA VILLALVA-PATRICIO

## VERDICT FORM

### PART I

YOUR VERDICT MUST BE UNANIMOUS ON EACH COUNT.

PLEASE PLACE AN "X" ON THE APPROPRIATE SPACE. As to each Count and any subparts, you must be persuaded by proof beyond a reasonable doubt.

### Count 1

1. We, the jury, unanimously find Defendant PAULA VILLALVA-PATRICIO:

    ✓ GUILTY beyond a reasonable doubt    ____ NOT GUILTY

of offense charged in Count 1 of the First Superseding Indictment.

If your verdict on Count 1 is guilty, indicate the underlying overt acts which you unanimously agree were committed by Defendant PAULA VILLALVA-PATRICIO as part of the conspiracy. Do not answer these

subparts if you find Defendant PAULA VILLALVA-PATRICIO not guilty on Count 1.

   a. Has the Government proved beyond a reasonable doubt that on August 31, 2011, Defendant PAULA VILLALVA-PATRICIO rode in a motor vehicle in which three (3) flak jackets and two (2) pistols were concealed, from North Carolina with the knowledge that the items would be transported to Mexico?

   __✓__ PROVED beyond a reasonable doubt      ____ NOT PROVED

   b. Has the Government proved beyond a reasonable doubt that on November 1, 2011, Defendant PAULA VILLALVA-PATRICIO directed another to drive a motor vehicle in which 9 rifles, 5 shotguns, 8 pistols, 902 rounds of ammunition, 16 magazines, 5 shotgun barrels, 6 gun stocks and 2 scopes were concealed with the intent to transport said items to Mexico?

   __✓__ PROVED beyond a reasonable doubt      ____ NOT PROVED

*Please proceed to the next question.*

## Count 2

2.  We, the jury, unanimously find Defendant PAULA VILLALVA-PATRICIO:

    __✓__ GUILTY beyond a reasonable doubt      _____ NOT GUILTY

of the offense charged in Count 2 of the First Superseding Indictment.

*Please proceed to the next question.*

## Count 3

3.  We, the jury, unanimously find Defendant PAULA VILLALVA-PATRICIO:

    __✓__ GUILTY beyond a reasonable doubt      _____ NOT GUILTY

of the offense charged in Count 3 of the First Superseding Indictment.

*Please proceed to the next question.*

## Count 4

4.  We, the jury, unanimously find Defendant PAULA VILLALVA-PATRICIO:

    __✓__ GUILTY beyond a reasonable doubt      _____ NOT GUILTY

of the offense charged in Count 4 of the First Superseding Indictment.

*This ends your deliberations. Please proceed to Part II and sign and date the last page of this form.*

# PART II

# FINALIZATION OF THE VERDICT FORM

*Please date and sign below:*

July 19, 2017
Dated

███████████████████████
Foreperson

███████████████████████
Juror

███████████████████████
Juror

███████████████████████
Juror

███████████████████████
Juror

███████████████████████
Juror

███████████████████████
Juror

███████████████████████
Juror

███████████████████████
Juror

███████████████████████
Juror

███████████████████████
Juror

4