IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:12cr68-HSO-JCG

PAULA VILLALVA-PATRICIO

## ORDER GRANTING MOTION TO DISMISS ORIGINAL INDICTMENT

On Motion [56] of the United States Attorney to dismiss the Original Indictment in Criminal No. 1:12cr68-HSO-JCG against the Defendant, Paula Villalva-Patricio, the Defendant having been found guilty of Counts 1 through 4 of the First Superseding Indictment by the Verdict [52] entered on July 19, 2017 and having been sentenced to those Counts on October 26, 2017, in the same cause, Criminal No. 1:12cr68-HSO-JCG, the Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Original Indictment in Criminal No. 1:12cr68-HSO-JCG against the Defendant, PAULA VILLALVA-PATRICIO, is hereby dismissed.

This the 27th day of October, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE